App. Div.]          First Department, June, 1911.

Abraham Slutzk v. Marcus Roth.— Motion denied, with ten dollars costs. Order signed.

Abraham Slutzk v. Marcus Roth.— Motion denied, with ten dollars costs.

Moritz Weinberger v. Grand Lodge, etc. Henry F. Hurff v. E. R. Brackett Company.— Applications denied, with ten dollars costs. Orders signed.

Charles P. Motman v. Guffey Petroleum Company.— Application granted. Order signed.

Max Kliger v. Samuel Rosenfeld. Max Kliger v. Samuel Rosenfeld. Otto Koehler v. Charles T. Wilson. Dean O. Edwards v. New Jersey and Hudson R. Company.— Motions denied, with ten dollars costs.

Marx Ottinger v. John R. Bennett. National Park Bank v. Henry B. Billings. William J. Logan v. Greenwich Trust Company. Manufacturers Commercial Company v. August Heckscher.— Motions granted. Questions certified.

Manufacturers Commercial Company v. August Heckscher.— Motion granted. Order resettled.

Edward G. Wasey v. Edward Holbrook.— Motion denied, with ten dollars costs.

Marguerite Gilbert v. Isabella V. Adams.— Motion granted on payment of ten dollars costs, and on payment of further ten dollars costs, defendant will be granted ten days from entry of order on this motion to file and serve printed case on appeal. If terms are not complied with motion denied, with ten dollars costs. Order to be settled on notice.

The People of the State of New York v. George W. Yeandle.— Motion granted on condition that defendant have his case ready for argument on first day of October term. Order to be settled on notice.

The People of the State of New York v. Andrew Dory.— Motion granted on condition that stay be vacated and application for certificate of reasonable doubt be withdrawn; if these terms be not complied with, motion denied. Order to be settled on notice.

In the Matter of Spuyten Duyvil Road.— Motion granted. Order to be settled on notice.

In the Matter of John E. Ellison.— Motion denied. Order to be settled on notice.

In the Matter of Harold W. Trippett.— Respondent disbarred. Order to be settled on notice.

John R. Binns v. Vitagraph Company.— Motion denied.

In the Matter of Robert Kuehnert.— Application denied. Order to be settled on notice.

James C. Fargo, as President of the American Express Company, Respondent, v. American Bonding Company of Baltimore, Appellant.— Judgment affirmed, with costs. No opinion.

James H. White and John R. Schermerhorn, Appellants, v. Percival L. Waters, Respondent.— Judgment affirmed, with costs. No opinion.

Isa Willard Hein, Appellant, v. Washington S. Valentine, Respondent. — Judgment affirmed, with costs. No opinion. (Laughlin, J., dissenting.)